MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
10 SEP 29 AM 9: 32
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

# Unclaimed Dividends/Distribution Less Than $5
## For Deposit to Registry Fund

Debtor:     FRANK AND JESSICA ANTINOZZI

Chapter 7 Case No.     09-46656

Please Check One:

XXX    Unclaimed Dividends

____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 93.96 |

DATED: September 9, 2010

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

09-420